UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARCARE, INC., an Arkansas Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>Defendant. | Civil Action No.<br>3:17-cv-05146-BRM-DEA<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff ARcare, Inc. ("Plaintiff") and Defendant Sun Pharmaceutical Industries, Inc. ("Defendant") are the Parties to the above-captioned matter.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant, hereby stipulate that this action is dismissed in its entirety with prejudice, with Plaintiff to bear its own attorneys' fees, costs, and expenses and Defendant to bear its own attorneys' fees, costs, and expenses. The parties pray that the Court enter the attached Order of Court.

Respectfully submitted,

| | |
|---|---|
| **CARNEY BATES & PULLIAM, PLLC**<br>*Attorneys for Plaintiff ARcare, Inc.*<br><br>*/s/ Randall K. Pulliam*<br>Randall K. Pulliam<br><br>Dated: January 18, 2018<br><br>**NAGEL RICE, LLP**<br>*Attorneys for Plaintiff*<br>*ARcare, Inc.*<br><br>*/s/ Diane E. Sammons*<br>Diane E. Sammons<br><br>Dated: January 18, 2018 | **REED SMITH LLP**<br>*Defendant*<br>*Sun Pharmaceutical Industries, Inc.*<br><br>*/s/ Paul Bond*<br><br>Dated: January 18 , 2018 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2018, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                                                  */s/Diane E. Sammons*
                                                  DIANE E. SAMMONS