# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARCARE, INC., an Arkansas Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>Defendant. | Civil Action No.<br>3:17-cv-05146-BRM-DEA<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff ARcare, Inc. ("Plaintiff") and Defendant Sun Pharmaceutical Industries, Inc. ("Defendant") are the Parties to the above-captioned matter.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant, hereby stipulate that this action is dismissed in its entirety with prejudice, with Plaintiff to bear its own attorneys' fees, costs, and expenses and Defendant to bear its own attorneys' fees, costs, and expenses. The parties pray that the Court enter the attached Order of Court.

Respectfully submitted,

**CARNEY BATES & PULLIAM, PLLC**
*Attorneys for Plaintiff ARcare, Inc.*

/s/ Randall K. Pulliam
Randall K. Pulliam

Dated: January 18, 2018

**NAGEL RICE, LLP**
*Attorneys for Plaintiff
ARcare, Inc.*

/s/ Diane E. Sammons
Diane E. Sammons

Dated: January 18, 2018

**REED SMITH LLP**
Defendant
Sun Pharmaceutical Industries, Inc.

/s/ Paul Bond

Dated: January 18, 2018

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARCARE, INC., an Arkansas Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>Defendant. | Civil Action No.<br>3:17-cv-05146-BRM-DEA<br><br>~~PROPOSED~~ ORDER OF COURT |

AND NOW, this 24 day of January, 2018, upon consideration of, and pursuant to, the foregoing Stipulation of Dismissal with Prejudice, Pursuant to Rule 41(a), Fed. R. Civ. P., it is hereby ORDERED that Civil Action No. 3:17-cv-05146-BRM-DEA is dismissed in its entirety with prejudice, with Plaintiff to bear its own attorneys' fees, costs, and expenses, and Defendant to bear its own attorneys' fees, costs, and expenses.

_____
United States District Judge